Michael R. Rochelle
Texas State Bar No. 17126700
Sean J. McCaffity
Texas State Bar No. 24013122
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul Suite 4500
Dallas, TX 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PAUL REINHART, INC., | § | Case No. 08-35283-HDH-11 |
| | § | |
| Debtor. | § | |

## NOTICE OF EFFECTIVE DATE

PLEASE TAKE NOTICE that pursuant to the March 18, 2010 *Order Confirming Debtor's and Official Unsecured Creditors' Committee's Second Amended Joint Plan of Liquidation* [Docket Entry No. 611] (the "Confirmation Order") the Trustee of the PRI Creditors' Trust, Steven S. Turoff, (the "Trustee") hereby provides notice that the *Debtor's and Official Unsecured Creditors' Committee's Second Amended Joint Plan of Liquidation* [Docket Entry No. 533] (the "Plan") is effective.

The Trustee also provides notice that the Effective Date of the Plan is **April 9, 2010**.

Pursuant to the Plan and the Confirmation Order, the following deadlines are established:

1. Within five (5) business days (**April 16, 2010**) after the Effective Date, the Bank Agent shall provide to the Trustee and to PRAG a copy of all Cotton Grower/Seller Releases not previously provided to the Trustee and PRAG and/or their respective representatives that the Bank Agent has received through the Effective Date.

2. No later than twenty (20) days (**April 29, 2010**) in accordance with Section 8.2 of the Plan, any Claim arising from the rejection of Effective Date Rejected Contracts/Leases (an "Effective Date Rejection Damage Claim") must be evidenced by a proof of claim filed with the Court and served on the Trustee.

3. Pursuant to Section 3.1.2 of the Plan, the Administrative Claims Bar Date is thirty (30) days, unless not a Business Day after the Effective Date of the Plan on **May 10, 2010**.

4. Pursuant to Section 7.2.2 of the Plan, the Settlement Release Deadline is ninety (90) days after the Effective Date of the Plan on **July 8, 2010**.

5. Pursuant to the Confirmation Order, by no later than ten (10) days after the expiration of the Settlement Release Deadline, **July 18, 2010**, the Bank Agent shall have provided a copy of all additional Cotton Grower/Seller Releases and Settlement Releases they have received through the Settlement Release Deadline to the Trustee and PRAG.

6. Pursuant to Section 10.1 of the Plan, the Claim Objection Deadline under the Plan (180 days after the Effective Date of the Plan unless hereafter extended by the Court, for cause shown, upon motion filed with the Court on or prior to such date) is **October 6, 2010**.

DATED: April 12, 2010

Respectfully submitted,

By: /s/ Sean J. McCaffity
Michael R. Rochelle
State Bar No. 17126700
Sean McCaffity
Texas State Bar No. 24013122
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul Suite 4500
Dallas, TX 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185

COUNSEL FOR STEVEN S. TUROFF, TRUSTEE OF PRI CREDITORS' TRUST

CERTIFICATE OF SERVICE

This is to certify that on the 12th of April, 2010, a true and correct copy of the above and foregoing document was forwarded by U.S. Mail, First Class, postage prepaid, to the persons as listed on the attached Mailing List.

/s/ Sean J. McCaffity

*In re Paul Reinhart, Inc.*
**Case No. 08-35283 – Official Service List (as of February 4, 2010)**

**Debtor**
Paul Reinhart, Inc.
Attn: R. Dale Grounds
P.O. Box 850538
Richardson, TX 75085-0538

**Debtor's Counsel**
Munsch Hardt Kopf & Harr, P.C.
Attn: E. Lee Morris/Deborah M. Perry
500 N. Akard Street, Suite 3800
Dallas, TX 75201

**U.S. Trustee**
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

**Debtor's Financial Advisor**
Grant Thornton LLP
Attn: John D. Bittner
1717 Main Street, Suite 1500
Dallas, TX 75201

**Agent for Lenders**
Wells Fargo HSBC Trade Bank, N.A.
Attn: Larry Clayton
100 W. Washington, 22nd Floor
Phoenix, AZ 85003

**Counsel for Official Unsecured Creditors' Committee**
Michael R. Rochelle, Kevin D. McCullough
Sean McCaffity
Rochelle McCullough LLP
325 N. St. Paul, Suite 4500
Dallas, TX 75201

**Lenders**

Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A., "Rabobank International", New York Branch
Attn: Eva Rushkevich/Barbara A. Hyland
245 Park Avenue
New York, NY 10167

Natixis
Attn: Stephen A. Jendras
1251 Avenue of the Americas, 34th Floor
New York, NY 10020

Cobank, ACB
Attn: Holly Womack/Ronald P. Seigley
5500 S. Quebec Street
Greenwood Village, CO 80111

Standard Chartered Bank
Attn: Lynn Zennario/Marc Chait
1 Madison Avenue, 3rd Floor
New York, NY 10010

Wells Fargo HSBC Trade Bank, N.A.
Attn: Connor Duffey
1445 Ross Avenue, Suite 450
Dallas, TX 75202

The Bank of Tokyo – Mitsubishi UFJ, Ltd.
Attn: Chan Park
Investment Banking Division
1251 Avenue of the Americas
New York, NY 10020-1104

Australia and New Zealand Banking Group Limited
Attn: Ted Wolf
1177 Avenue of the Americas
New York, NY 10036

Bank of America, N.A.
Attn: Patrick Honey
901 Main Street, 66th Floor
Dallas, TX 75202

**Top 20 Unsecured Creditors**

Comark
80 Monroe Avenue
Memphis, TN 38103

Heaton Cotton Co.
1321 W. Broadway
Corpus Christi, TX 78401

Richardson Gin
112 W. Main Street
Marston, MO 63866

Jim Moore
P.O. Box 519
Bay, AR 72411

GPS Gin Co.
P.O. Box 190
Portland, AR 71663

| | | |
|---|---|---|
| Caney Valley Cotton Co.<br>P.O. Box 470<br>Wharton, TX 77488 | Stephens Gin<br>2701 State Highway Y<br>P.O. Box 229<br>Kennett, MO 63857 | Algondonera Nueva Holanda<br>Km. 175 Carretera Camargo a Ojinaga<br>Col. Oasis, Cd. Ojinaga, Chihuahua<br>**MEXICO** |
| White Oak Gin co.<br>P.O. Box 116<br>2311 State Highway 25<br>White Oak, MO 63880 | Taylor Stuckey<br>10415 Stuckey Lane<br>Trumann, AR 72472 | Langston Ent.<br>5267 East State Highway 150<br>Blytheville, AR 72315 |
| John Shoaf Cotton<br>P.O. Box 11<br>Milan, TN 38358 | Farmers Farms<br>P.O. Box 127<br>Osceola, AR 72370 | Campbell Farms<br>2445 State Highway W<br>Steele, MO 63877 |
| Starnes & McFerrin<br>P.O. Box 331<br>Cotton Center, TX 79021 | Purvis Farms<br>14501 State Highway T<br>Senath, MO 63876 | T & P Farms<br>110 Michie Street<br>Steele, MO 63877 |
| Noel & Sons<br>1340 FM 400<br>Plainview, TX 79072 | Carl Clifton<br>Route 1<br>Steele, MO 63877 | Rabo Capital Services, Inc.<br>c/o Rabo Support Services, Inc.<br>10 Exchange Place, 16th Floor<br>Jersey City, NJ 07302 |
| **Governmental Entities** | Office of the Attorney General<br>Main Justice Building, Room 5111<br>10th & Constitution Avenue, N.W.<br>Washington, D.C. 20530 | Internal Revenue Service<br>Special Procedures – Insolvency<br>P. O. Box 21126<br>Philadelphia, PA 19114 |
| Office of the United States Attorney<br>3rd Floor, 1100 Commerce Street<br>Dallas, TX 75242 | State Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>P. O. Box 13528<br>Austin, TX 78711 | U.S. Department of Agriculture<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250 |
| Office of the Attorney General<br>1412 Main Street, Suite 810<br>Dallas, TX 75202 | U.S. Department of Agriculture<br>North Texas Regional Office<br>Regal Tech Center<br>1720 Regal Row, Suite 118<br>Dallas, TX 75235 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>101 East 15th Street, Room 556<br>Austin, TX 78778-0001 |
| Office of the General Counsel<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026 | Internal Revenue Service<br>Special Procedures Staff<br>Mail Code 5020-DAL<br>1100 Commerce Street, Room 9B8<br>Dallas, TX 75242 | |

**Parties Requesting Notice**

Jason S. Brookner
Monica S. Blacker
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

William L. Wallander
Clayton T. Hufft
Beth Lloyd
Vinson & Elkins, LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

G. Michael Curran
Curran Tomko Tarski LLP
2001 Bryan Street, Suite 2050
Dallas, TX 75201

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201

James Donnell
Andrews Kurth LLP
450 Lexington Ave., 15th Floor
New York, NY 10017

Primeshares
Attn: RVS
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
The Terrace II, 2700 Via Fortuna Drive, Suite 400
P.O. Box 17428
Austin, TX 78760-7428

David Cocke
Leonard C. Dunavant, Jr.
Evans│Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Laurie A. Spindler
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Joseph M. Coleman
David D. Ritter
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower, 1601 Elm Street
Dallas, TX 75201

Ernest Leonard
Friedman & Feiger, L.L.P.
5301 Spring Valley Road, Suite 200
Dallas, TX 75254

Regina Stango Kelbon
Mark I. Rabinowitz
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Davy Carter
Russell D. Carter III, P.A.
Post Office Box 628
Cabot, AR 72023

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Matthew Currey-Edwards
Primeshares
261 Fifth Avenue, 22nd Floor
New York, NY 10016

# CONFIRMATION MAILING MATRIX
*In re Paul Reinhart, Inc.*, Case No. 08-35283-HDH-11

| | | |
|---|---|---|
| 1 Six Ace Inc.<br>P.O. Box 331<br>Cotton Center, TX 79021 | A&W Farms, Inc.<br>4599 County Road KK<br>Hereford, TX 79045 | A. Barton Benton, Jr.<br>P.O. Box 572<br>Earth, TX 79031 |
| A.E. Shoffner Ltd.<br>6315 Highway 17 Shoffner<br>Newport, AR 72112 | A.K. Moore Farms<br>Attn: A.K. and I.J. Moore<br>Post Office Box 177<br>Wildorado, TX 79098 | ABC Partnership<br>Post Office Box 1432<br>Marion, AR 72364 |
| Adobe Acres, LLC<br>Post Office Box 804<br>Dumas, TX 79029 | Algodonera Nueva Holanda, S.P.R. de R.L. de C.V.<br>Lote No. 101 Colonia Nueva Holanda,<br>Ojinaga<br>Chihuahua 32880<br>MEXICO | Alicia S. Rivera<br>524 Ridgemont<br>Allen, TX 75002 |
| Almacenadora Logistica Empresarial<br>Poniente 148 No. 901<br>Col. Industrial Vallejo<br>Mexico, D.F. C.P. 02300<br>MEXICO | Almacenes y Distribuicion Garsan S.A.<br>Calle L No. 8, Parque Industrial, Puebla 2000<br>Puebla, Pue. C.P. 72225<br>MEXICO | Amore Farms<br>c/o Mark Baioni<br>P.O. Box 433<br>Marion, AR 72364 |
| Amos & Loretta Britten<br>201 FM 294<br>Groom, TX 79039 | Anastasio & Andrea Aguilera<br>Post Office Box 403<br>Kress, TX 79052 | Angel Araujo<br>Route 1 – Box 147<br>Lockney, TX 79241 |
| Angela M. Soto<br>1128 Hemingway Lane<br>Irving, TX 75063 | Angelina R. Chavez<br>10808 Cotillion Drive<br>Dallas, TX 75228 | Aramark Refreshment Services<br>2120 Hutton Drive, Suite 100<br>Carrollton, TX 75006 |
| Armorel Planting Company<br>4611 North State Hwy 137 Spur<br>Armorel, AR 72310 | Ashlock Brothers Partnership<br>900 Lunsford Ave.<br>Bay, AR 72411 | B&B Farms<br>Post Office Box 674<br>Panhandle, TX 79068 |
| B&W Land & Cattle, Inc.<br>2900 Hwy 86<br>Nazareth, TX 79063 | Baco Trading, Inc.<br>c/o Curran Tomko Tarski LLP<br>Attn: G. Michael Curran<br>2001 Bryan St., Ste. 2050<br>Dallas, TX 75201 | Baker Farms Partnership<br>1428 Hwy 69W<br>Trumann, AR 72472 |
| Ballin Ballin & Fishman, P.C.<br>Attn: Randall J. Fishman<br>200 Jefferson Avenue, Suite 1250<br>Memphis, TN 39103 | Bangkok Weaving Mills Ltd.<br>Attn: Mr. Chalermphol Assakul<br>879 Bangkok-Nonburi Road<br>Bangsue, Bangkok 10800<br>THAILAND | Barattie Farms<br>4472 Bucklake Drive<br>Crawfordsville, AR 72327 |
| Barrera, Siqueiros y Torres Landa, S.C.<br>Attn: Omar Guerrero Rodriguez<br>Paseo de los Tamarindos #150-PB<br>Bosques de las Lomas<br>Mexico, D.F. 05120 | Barry Street<br>8495 FM 145<br>Kress, TX 79052 | Bart W. Turner<br>Post Office Box 25<br>Marion, AR 72364 |
| Barton Farms, Inc.<br>Post Office Box 572<br>Earth, TX 79031 | Beach Corner Farms<br>Post Office Box 431<br>Kennett, MO 63857 | Beacon Farms, Inc.<br>Post Office Box 178<br>Groom, TX 79039 |
| Beaver Bayou Farms<br>1024 Island Drive<br>Memphis, TN 38103 | Beito & Elizabeth Rodriquez<br>204 Comanche Trail<br>Tulia, TX 79088 | Ben Harrison<br>1842 State Hwy H<br>Steele, MO 63877 |
| Betsy Harrington<br>Post Office Box 158<br>Lyon, MS 38645 | Bill Crosskno & Sons Farms<br>2337 E. County Road 296<br>Blytheville, AR 72315 | Bill Dollar<br>2831 FM 2883<br>Plainview, TX 79072 |
| Billy Durbin<br>P.O. Box 226 | Blake Walter<br>1301 Holliday | Bobbitt Farms<br>1520 CR 690 |

| | | |
|---|---|---|
| Hargill, TX 78549 | Plainview, TX 79072 | Lake City, AR 72437 |
| Bobby & Derek Walton<br>20412 Highway 158<br>Harrisburg, AR 72432 | Bobby Cupples<br>1500 Oaklawn<br>West Memphis, AR 72301 | Bobby Marshall<br>1205 Ennis<br>Plainview, TX 79072 |
| Bond Rouse Farms<br>14238 Country Road #620<br>Hornersville, MO 63855 | Borchardt Children Trust<br>1007 N. Collins<br>Tulia, TX 79088 | Borderline Farms, J.V.<br>Post Office Box 422<br>Marianna, AR 72360 |
| Brad Martin<br>P.O. Box 78<br>Edmonson, TX 79032 | Bradford Scott Partnership<br>4170 Hwy 158<br>Bay, AR 72411 | Brandon Ashabranner<br>Post Office Box 137<br>Gideon, MO 63848 |
| Brandon Crump<br>841 CR 620<br>Jonesboro, AR 72404 | Brandy Lynn Scott<br>P.O. Box 185<br>Bay, AR 72411 | Brandy Scott<br>4246 Hwy 158<br>Bay, AR 72411 |
| Brett Scott<br>4170 Hwy 158<br>Bay, AR 72411 | Brian and Felicia Hill<br>Post Office Box 278<br>Nazareth, TX 79063 | Brian Ramaekers<br>17 Jynteewood<br>Canyon, TX 79015 |
| Brothers Planting, Co.<br>Post Office Box 198<br>Crawsville, AR 72327 | Brown Brothers<br>118 Westgate Avenue<br>Kennett, MO 63857 | Bryan Walter<br>208 S. Jefferson<br>Plainview, TX 79072 |
| BS Farms<br>820 Lion Lake Dr. N<br>Progreso Lakes, TX 78596 | Burnham Brothers<br>2683 E. Country Road 38<br>Blytheville, AR 72315 | Butler Farms<br>Post Office Box 686<br>Osceola, AR 72370 |
| Butler Farms<br>P.O. Box 68<br>Osceola, AR 72370 | BVB Farms<br>P.O. Box 226<br>Hargill, TX 78549 | C&C Farms<br>33837 CR 327<br>Clarkton, MO 63837 |
| C&C Farms Ltd.<br>Post Office Box 907<br>Gruver, TX 79040 | C&E Jones Farms, Inc.<br>Post Office Box 251<br>Earth, TX 79031 | C&L Planting Co., Inc.<br>Post Office Box 93<br>Marion, AR 72364 |
| C.L. Williams<br>316 E. Linden Dr.<br>Kennett, MO 63857 | Caltronics Business Systems<br>10491 Old Placerville Road, Suite 150<br>Sacramento, CA 95827 | Cameron County<br>c/o Linebarger Goggan Blair & Sampson<br>Attn: Diane W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760-7428 |
| Campbell Creek, Ltd.<br>Attn: Property Manager<br>5601 Granite Parkway, Suite 800<br>Plano, TX 75024 | Campbell Farms<br>Box 92<br>Cooter, MO 63839 | Caney Valley Cotton Company<br>Post Drawer 470<br>Wharton, TX 77488 |
| Cargo Control Germany GmbH & Co. KG<br>P.O. Box 10 65 04<br>D-28065 Bremen<br>GERMANY | Carl Clifton Farms<br>Steele, MO 63877 | Carl Kleuskens<br>4344 CO Road E<br>Hereford, TX 79045 |
| Carla Smith<br>8109 State Hwy C<br>Senath, MO 63876 | Carlos Edward Jackson, Jr.<br>101 McFarland<br>Senath, MO 63876 | Carlos Jackson, Sr.<br>101 McFarland<br>Senath, MO 63876 |
| Carlton Lee Ballard<br>25750 Hwy 69W<br>Trumann, AR 72472 | Carlton Lee Ballard<br>c/o Dixie Gin<br>870 Highway 463 South<br>Trumann, AR 72472 | Carrel Forwarding Inc.<br>835 Hallmark Dr.<br>Laredo, TX 78045 |
| Carter Farms Partnership<br>Post Office Box 197<br>Marianna, AR 72360 | Catavoy Cotton Gin<br>1202 Delta Gin Road<br>Jonesville, LA 71343 | Chad Russell Farms<br>291 Hillcrest Street<br>Mariana, AR 72360 |

| | | |
|---|---|---|
| Chandler & Chandler<br>c/o Rabbit Ridge<br>c/o Davy Carter<br>P.O. Box 628<br>Cabot, AR 72023 | Chandler Planting Company<br>c/o Willow Gin<br>P.O. Box 96<br>Wilson, AR 72395 | Charles Antici<br>203 Porter Drive<br>Clarksdale, MS 38614 |
| Charles Dooley, Jr.<br>Post Office Box 51391<br>Amarillo, TX 79159 | Charles Jones<br>100 Michie Street<br>Steele, MO 63877 | Charles L. Williams & Sons<br>Post Office Box 288<br>Marion, AR 72364 |
| Charlie D. Miller<br>107 Collin Street<br>Dumas, AR 71639 | Chase Street<br>8495 FM 145<br>Kress, TX 79052 | Chickasaw Farms, Inc.<br>Post Office Box 1222<br>Manilla, AR 72442 |
| China National Cotton Group Corporation<br>11th Floor Section C, Tongtai Building<br>No. 33 Finance Street West Dist.<br>Beijing<br>CHINA | Chris Crosskno<br>c/o Still Gin<br>100 Michie Street<br>Steele, MO 63877 | Christopher Whitehead Farms Partnership<br>2050 Highway 121 North<br>Moro, AR 72368 |
| Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | Cincuenta Agricultores Unidos, S.A. de C.V.<br>Ave. Hidalgo 18 v 19, Col. Residencia<br>San Luis Rio Colorado<br>Sonora C.P. 83448<br>MEXICO | CIT Technology Financing Services, Inc.<br>c/o Weltman, Weinberg & Reis, Co.<br>175 S. Third St., Suite 900<br>Columbus, OH 43215 |
| City of Harlingen<br>c/o Linebarger Goggan Blair & Sampson<br>Attn: Diane W. Sanders<br>P.O. Box 17428<br>Austin, TX 78760-7428 | City of Richardson<br>c/o Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Michael W. Deeds<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2691 | Comercio Agricola, S.A. de C.V.<br>Blvd. Lazaro Carnes No. 1590<br>Ex Ejido Zacatecas<br>Mexicali, B.C. C.P. 21370<br>MEXICO |
| Cooperative Marketing Alliance<br>80 Monroe Ave., Suite 420<br>Memphis, TN 38103 | Corporate Records MGM Inc.<br>3141 Hansboro Ave.<br>Dallas, TX 75233 | Cotton Storage, Inc.<br>701 Xavier Street<br>Post Office Box 1361<br>Alexandria, LA 71308 |
| County Line Farms<br>6548 Hwy 152<br>Dumas, TX 79029 | County Line Farms<br>155 Byrd Cove<br>Clarksdale, MS 38614 | Critt Farms Company<br>80 E. Parkway N.<br>Memphis, TN 38104 |
| CSM Farms, Inc.<br>1605 W. Bedford<br>Dimmitt, TX 79027 | D&D Farms Ltd.<br>Post Office Box 907<br>Gruver, TX 79040 | Dai Chung Trading (Hong Kong) Limited<br>8-14 Sha Tsui Road, Tsuen Wan<br>New Territories, Hong Kong<br>CHINA |
| Dale Cougot<br>2238 Lone Pecan Dr.<br>Garland, TX 75040 | Dale Kleusken<br>4301 Co. Road DD<br>Hereford, TX 79045 | Dale Swinburn<br>7368 County Road S.<br>Tulia, TX 79088 |
| Dale Swinburn Farms Inc.<br>7368 County Road S.<br>Tulia, TX 79088 | Dallas County<br>c/o Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Michael W. Deeds<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2691 | Dan Carthel<br>Post Office Box 430<br>Gruver, TX 79040 |
| Dandy Dean Dust Farms, Inc.<br>101 McFarland Street<br>Senath, MO 63876 | Dane Morphis<br>430 FM 2881<br>Kress, TX 79052 | Dane Swinburn<br>1109 East Kent<br>Lubbock, TX 79403 |
| Daniel Billingsley<br>232 Lee 439<br>Moro, AR 72368 | Daniel Jackson<br>10892 State Hwy P<br>Senath, MO 63876 | Daniel Jackson<br>101 McFarland<br>Senath, MO 63876 |
| Daniel Jackson<br>101 McFarland<br>Senath, MO 63857 | Daniel Presley<br>133 City Hwy 546<br>Malden, MO 63863 | Danny Bradshaw<br>24006 Co. Rd. 412<br>Holcomb, MO 63852 |

| | | |
|---|---|---|
| Danny Broglin<br>25393 County Rd. 412<br>Holcomb, MO 63852 | Danny Pippinger<br>13400 Woodruff Lane<br>Trumann, AR 72472 | Darrel Tomsu<br>403 FM 400<br>Kress, TX 79070 |
| Darren Tye<br>7131 FM 145<br>Kress, TX 79052 | David & Sheila Dunn<br>200 Comanche Trail<br>Tulia, TX 79086 | David E. Kelly, Jr.<br>4941 State Highway Z<br>Steele, MO 63877 |
| David Gandy<br>511 S. Holliday<br>Plainview, TX 79072 | David Kelley<br>100 Michie Street<br>Steele, MO 63877 | David Klipfel<br>209 McArthur<br>Portageville, MO 63873 |
| DDD, Inc.<br>c/o 4-Way Gin<br>P.O. Box 220<br>Senath, MO 63876 | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Debra A. Thomas<br>c/o Kane Russell Coleman & Logan PC<br>Attn: Joseph M. Coleman<br>1601 Elm Street, Suite 3700<br>Dallas, TX 75201 |
| Delta Planting<br>Post Office Box 158<br>Lyon, MS 38645 | Dennis Hayes<br>100 Michie Street<br>Steele, MO 63877 | Dennis Hayes<br>Post Office Box 72<br>Braggadocio, MO 63826 |
| Dennis Penter Farms Inc.<br>30145 Thorn Road<br>Trumann, AR 72472 | Dennis Pirani<br>8178 Wheeler Road<br>Marion, AR 72364 | Derek Pippinger<br>13400 Woodruff Lane<br>Trumann, AR 72472 |
| Derek Pippinger<br>111 Summer Blvd.<br>Trumann, AR 72472-2017 | Devair Farms<br>710 Highway 194<br>Kress, TX 79052 | Diana Cordon<br>812 Foxwood Lane<br>Wylie, TX 75098 |
| Dick Fellers<br>Post Office Box 977<br>Canyon, TX 79015 | Dilldine Farms Co., Inc.<br>540 East State Hwy 239<br>Blytheville, AR 72315 | DJP Farms Partnership<br>17200 Penter Lane<br>Trumann, AR 72472 |
| Don Lynn<br>1600 North Lincoln<br>Kennett, MO 63857 | Donnie Presley<br>1881 City Hwy 246<br>Malden, MO 63863 | Donny Edwards<br>30896 Highway 54 E.<br>Dumas, AR 71639 |
| Dorsey Schad<br>Post Office Box 605<br>Gruver, TX 79040 | Double Y Farms, Inc.<br>Post Office Box 329<br>Alligator, MS 38720 | Doug Martin<br>315 Mesa Circle<br>Plainview, TX 79072 |
| Dustin Jackson<br>101 McFarland<br>Kennett, MO 63857 | Dustin Jackson<br>301 E. Hornbeck Street<br>Senath, MO 63876-9225 | E. Ritter & Company<br>106 Frisco St.<br>Marked Tree, AR 72365 |
| Earl Carter Farms<br>1700 Co. Hwy 437<br>Steele, MO 63877 | East Cotton Company, Inc.<br>Post Office Box 812<br>Marion, AR 72364 | Eddie Sam Jones<br>Post Office Box 251<br>Earth, TX 79031 |
| Efrain De La Cruz<br>433 Rey Solomon St.<br>Brownsville, TX 78521 | Egypt Planting Co. II<br>2315 Egypt Rd.<br>Cruger, MS 38924 | Elda Dalia Garza Silva<br>2905 Quest Rd.<br>Brownsville, TX 78526 |
| Emily Farms, Inc.<br>754 CR 673<br>Jonesboro, AR 72401 | EWR, Inc.<br>6055 Primacy Pkwy., Suite 100<br>Memphis, TN 38119 | F. and S.S., Inc.<br>Post Office Box 668<br>Lepanto, AR 72354 |
| Farmers Farms<br>Box 127<br>Osceola, AR 72370 | Faustino H. Ramos<br>7904 Military Parkway<br>Dallas, TX 75227 | FedEx Customer Information Service<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN 38116 |
| Feicheng Longxiang Textile<br>No. 6 Industrial 3rd Road, Feicheng City<br>Shandong 271600<br>CHINA | Fellers Farms<br>Post Office Box 977<br>Canyon, TX 79015 | Finck & Finck Partnership<br>Attn: Trent Finck<br>116 Hillcrest<br>Tulia, TX 79088 |
| Fogleman Farms<br>2520 Marion Lake Rd.<br>Marion, AR 72364 | Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952 | Francisco and Leodegaria Aguilera<br>Route 2 Box 114A<br>Plainview, TX 79072 |

Sacramento, CA 95812-2952

Fresno Cotton Exchange  
4325 N. Golden State Blvd. #107  
Fresno, CA 93722

Friemel Brothers  
302 FM 2880  
Groom, TX 79039

Frische Farms  
Post Office Box 453  
Dumas, TX 79029

G&K Farms  
Post Office Box 358  
Gruver, TX 79040

G.S. White  
c/o Willow Gin  
P.O. Box 96  
Wilson, AR 72395

Gagandeep Singh Kanwar  
504 Althea Drive  
Wylie, TX 75098

Gagandeep Singh Kanwar  
6916 Heatherknoll Drive  
Dallas, TX 75248-5534

Garner Cotton  
P.O. Box 5743  
Lubbock, TX 79408

Gary & Anthony Hayes  
928 State Hwy U  
Caruthersville, MO 63830

Gary Johnson Inc.  
974 South Highway 77  
Osceola, AR 72370

Gary Vanderpool  
Gary & Renee Vanderpool Farm  
Rt. 2, Box 232  
Alamo, TX 78516

GE Money Bank dba Sam's Club BRC  
c/o Recovery Management Systems Corporation  
for GE Money Bank 1432547-5229581  
25 SE 2nd Ave., Suite 1120  
Miami, FL 33131

George Burton  
100 Michie Street  
Steele, MO 63877

Gerald Malin, Jr.  
Rt. 2 Box 814  
Campbell, MO 63933

Gill Cattle  
P.O. Box 331  
Cotton Center, TX 79021

Glankler Brown, PLLC  
One Commerce Square, 17th Floor  
Memphis, TN 38103

Glen Pendergrass  
P.O. Box 338  
Plainview, TX 79072

Goldsby-Matthews Trust  
P.O. Box 2017  
West Memphis, TN 72303

GPS Gin Company, Inc.  
Post Office Box 190  
Portland, AR 71663

Grant Thornton LLP  
Attn: John D. Bittner  
1717 Main Street, Suite 1500  
Dallas, TX 75201

Grant Whittingham  
7456 Highway 163  
Harrisburg, AR 72432

Gray Young Farms  
Post Office Box 151  
Caruthersville, MO 63830

Gray Young Farms  
610 Carleton Avenue  
Caruthersville, MO 63830-1568

Greg Gibson Farms  
Post Office Box 759  
Senath, MO 63876

Groom Farms, Inc.  
Post Office Box 158  
Groom, TX 79039

Grosvenor Farms  
Post Office Box 228  
Yazoo, MS 39194

Guang Yuan Textile Co. Ltd.  
39/F, China Resources Building, 26 Harbour Rd.,  
Wanchai, Hong Kong  
CHINA

Hale Farms  
Post Office Box 329  
Sardis, MS 38666

Hale Farms, Inc.; Stephen R. Hale; Thomas M. Hale  
1855 Hale-Hodo Road  
Sledge, MS 38670

Hardberger Vaughn Investments  
Post Office Box 1219  
Lubbock, TX 79408

Harlingen CISD  
c/o Linebarger Goggan Blair & Sampson  
Attn: Diane W. Sanders  
P.O. Box 17428  
Austin, TX 78760-7428

Harris Farms  
13091 State Highway T  
Senath, MO 63876

Harvest Moon Farms  
Post Office Box 226  
Trumann, AR 72472

Harvey Lutrick  
5605 Peoria Ave.  
Lubbock, TX 79413

Heaton Cotton Co.  
1321 W. Broadway  
Corpus Christi, TX 78401

Heaton Land Company  
P.O. Box 158  
Lyon, MS 38645

Hector Hernandez  
204 Zephyr  
Plainview, TX 79072

Henan Xznye Textile Co., Ltd.  
No. 15 Shuyuan Road, Xznye County  
Henan Province, P.R.C.  
CHINA

Hilal Tekstil Boya Kasar San. ve Tic. Ltd. Sti.  
Attn: Mr. Abdulmhmon  
Kurtulus Mh. Garajlar Cd. Remzi isham No. 22  
Kahramanmaras  
TURKEY

Hoggard Farms  
3232 State Hwy F  
Portageville, MO 63873

Honey Hill Farms, Inc.  
Post Office Box 344  
Lyon, MS 38645

Howard Farm Partnership  
Box 488  
Plainview, TX 79073

Howell Farms

Humber Brothers Partnership

Icortex S.A.

Post Office Box 329  
Sardis, MS 38666

Post Office Box 1836  
Clarksdale, MS 38614

AV. Maria Coelho Aguiar, 215 Bloco A – 20 Andar  
05804-900 Sao Paulo – SP  
BRAZIL

Imisk A.S.  
V Ada 6/13  
Mersin  
TURKEY

Ing. Juan Enrique Quiroz Felix  
Ave. Chihuahua y Pesqueira #198  
San Luis Rio Colorado  
Sonora C.P. 83439  
MEXICO

Integradora Azteca, S.A. de C.V.  
Lote No. 6 Ej. Tehuantepec  
Mexicali, B.C. C.P. 21904  
MEXICO

Iron Mountain Information Management, Inc.  
Attn: R. Frederick Linfesty  
745 Atlantic Ave., 10th Floor  
Boston, MA 02111

J&J Farms  
c/o 4-Way Gin  
P.O. Box 220  
Senath, MO 63876

J&P Farms Partnership  
153 CR 687  
Lake City, AR 72437

J&S Farms  
Post Office Box 394  
Gideon, MO 63848

J.D. Hicks  
19100 FM 1062  
Canyon, TX 79015

J.H. Moore  
P.O. Box 519  
Bay, AR 72411

J.W. Evans and James Russell  
Post Office Box 329  
Sardis, MS 38666

Jack & Sadie Brandt  
21090 FM 1062  
Canyon, TX 79015

Jack Holifield  
Post Office Box 223  
Kennett, MO 63857

Jack Tolbert  
116 White Row Ave.  
Gideon, MO 63848

Jackie Welch  
9 Griffin Drive  
Canyon, TX 79015

Jacob Knapp  
Post Office Box 183  
Tallapoosa, MO 63878

James B. Hill  
Post Office Box 651  
Tulia, TX 79088

James M. Hill, Jr.  
Post Office Box 228  
Tulia, TX 79088

Jamstar, Inc.  
P.O. Box 331  
Cotton Center, TX 79021

Jason Chandler  
9494 County Road #529  
Senath, MO 63876

Jason Lamar  
488 State Hwy YY  
Portageville, MO 63873

Jason Lynn  
Post Office Box 223  
Kennett, MO 63857

Jason Webb  
590 FM 1424  
Plainview, TX 79072

Jeff & Treasure Todd  
32471 CR 323  
Clarkton, MO 63837

Jeff George  
26 Travis  
Tulia, TX 79088

Jeremy Clenney  
Post Office Box 374  
Gideon, MO 63848

Jeromy Bechtold  
108 Moore  
Kress, TX 79052

Jerry D. Kelm  
570 CR EE  
Plainview, TX 79072

Jerry D. Kelm, Jr.  
539 CR DD  
Plainview, TX 79072

Jerry Harder  
1308 Borger St.  
Plainview, TX 97072

Jessie Carter  
298 Co. Hwy 450  
Steele, MO 63877

Jesus Navarro Sanchez  
Norte 25-A Num. 39  
Col. Nueva Industrial Vallejo  
Mexico D.F. C.P. 07720  
MEXICO

JFA Warehouse  
No. 12 Baoying West Road  
Guangzhou Free Trade Zone  
Guangzhou, CN  
CHINA

JHM, Inc.  
P.O. Box 519  
Bay, AR 72411

Jimmy Russell Farms  
2454 Hwy 79 W  
Marianna, AR 72360

Joaquin A. Morgado  
c/o Kane Russell Coleman & Logan PC  
Attn: Joseph M. Coleman  
1601 Elm Street, Suite 3700  
Dallas, TX 75201

Joe Chandler  
10065 State Hwy Y  
Kennett, MO 63857

Joe Chandler Farms  
Attn: Joe Chandler  
10065 State Hwy Y  
Kennett, MO 63857

Joe Don Thompson  
9865 St. Hwy P  
Senath, MO 63876

Joe Woolverton  
6683 W. State Hwy 162  
Gideon, MO 63848

John Allen  
1042 Cty Hwy 521  
Catron, MO 63833

John C., Scott, and Klipfel Lamar (J&S Farms)  
Post Office Box 394  
Gideon, MO 63848

John Johnson  
3307 Redwood Cove  
Jonesboro, AR 72404

John Pierce Farms
263 Co. Hwy 466
Steele, MO 63877

John Shoaf Cotton
Post Office Box 111
Milan, TN 38358

John Wilcox
12130 State Highway North
Senath, MO 63876

Johnny Watkins
1291 County Highway 217
Wardell, MO 63879

Johnson Brothers
Post Office Box 1338
Morse, TX 79062

Johnson Holt
974 S. Hwy 77
Osceola, AR 72370

Jon R. Giles
c/o Kane Russell Coleman & Logan PC
Attn: Joseph M. Coleman
1601 Elm Street, Suite 3700
Dallas, TX 75201

Jones & Abemeyer
13599 State Highway P
Senath, MO 63876

Jose Aguilera
c/o Edcot Gin
P.O. Box 87
Edmonson, TX 79032

Jose Aguilera
1305 Amarillo St.
Plainview, TX 79072

Jose Arturo Sanchez Rodriguez
Laguna Salada 8 y 11
Num. 44 C.P. 87350 Zona Centro H.
Matamoros, Tamaulipas
MEXICO

Jose De Jesus Garcia
204 W. Willow Lane
Princeton, TX 75407

Jose L. & Angelica Navarro
Post Office Box 422
Kress, TX 79052

Joseph Weir
6772 Highway 463
Bay, AR 72411

Juan Aguilera
2808 W 11th St.
Plainview, TX 79072

Juan Villarreal Mendez
Real del 14 y Cosata Brava S/N Col. Las Palmas H.
Matamoros, Tamaulipas C.P. 87425
MEXICO

Judd Hill Foundation Trust
Post Office Box 686
Osceola, AR 72370

Julia Owen
10675 Watercress Ln.
Frisco, TX 75034

Justin Gathright LLC
Post Office Box 54
Monette, AR 72447

Juston & Christy Billingsley
787 Lee 439
Moro, AR 72368

Juston & Christy Billingsley
787 Lee Road 806
Marianna, AR 72360-9020

K&P Farms
801 Green 834 Road
Paragould, AR 72450

Kathi Littrell
5221 Highlands Drive
McKinney, TX 75070

Kathy Crowe
3600 Alma Road, Apt. 2413
Richardson, TX 75080

Kearney Companies
P.O. Box 3799
New Orleans, LA 70177

Keith Emmons
308 Pecan Drive
Holcomb, MO 63852

Kent Springer
6531 CR CC
Kress, TX 79052

Kerry & Mandy Cartrite
Post Office Box 447
Sunray, TX 79086

Kerry Don Adams
7659 Roll-A-Cone Road
Tulia, TX 79088

Kevin & Malinda Gerber
7207 W. Hwy 70
Plainview, TX 79072

Kevin Cunningham
27767 County Road 409
Holcomb, MO 63852

Kevin Hoke
7604 E. Highland Drive
Jonesboro, AR 72401

Kevin Nelson Farms
55 Travis Road
Tulia, TX 79088

Kipas Denim Isletmeleri A.S.
Attn: Halil Sadin
Gaziantep Yolu Uzeri Erkenez Mevkii
P.K. 125 46200 Kahramanmaras
TURKEY

Krenmueller Farms
Rt. 2, Box 77
San Juan, TX 78589

Kyle Kersey
2801 Playground Rd.
Caruthersville, MO 63830

Lance & Danielle Williams
Post Office Box 871
Panhandle, TX 79068

Langston Enterprises, Inc.
5267 East State Hwy 150
Blytheville, AR 72315

Lanny Watson
24169 State Highway 153
Holcomb, MO 63852

Larry Nelson Farms
82 Houston Road
Tulia, TX 79088

Larry Woolverton
6547 W. State Hwy 162
Gideon, MO 63848

Layne Partnership
8946 County Road #602
Arbyrd, MO 63821

Lee Wilson & Co.
Wilson, AR 72395

Lenita J. Nolen
412 VZCR 2426
Canton, TX 75103

Leonor C. Norris
102 W. Ridgewood Dr.
Garland, TX 75041

Levee View Planting Co.
Post Office Box 1836

Leveloam Farms
604 West Washington

Linyi Guofeng Textile
12F Office Building

| | | |
|---|---|---|
| Clarksdale, MS 38614 | Kennett, MO 63857 | Linyi High-Tech Development Zone<br>Linyi City, Shandong 276017<br>CHINA |
| Locke Brothers and James Russell<br>Post Office Box 329<br>Sardis, MS 38666 | Loftex Industries, Ltd.<br>No. 8, Jing 2 Road, Bincheng<br>Binzhou 256651<br>Shandong<br>CHINA | Logistica Express Del Noreste<br>Carretera a la Playa<br>KM. 6 S/N Predio Barranquitas H.<br>Matamoros, Tamaulipas C.P. 87503<br>MEXICO |
| Lowrance Gin & Supply<br>P.O. Box 1<br>Pdriver, AR 72329 | LP Farms<br>c/o Willow Gin<br>P.O. Box 96<br>Wilson, AR 72395 | Lucky Spinning Co., Ltd.<br>21st Floor, 75/38-39 Ocean Tower 2,<br>Sukhumvit Soi 19, Bangkok 10110<br>THAILAND |
| Luz Maria Sanchez<br>1725 Sherry Drive<br>Plano, TX 75074 | LVW Farms Partnership<br>754 County Road 673<br>Jonesboro, AR 72401 | M&C Farms Partnership<br>840 Highway 463 South<br>Trumann, AR 72472 |
| M&K Farms<br>Post Office Box 044<br>Blytheville, AR 72316 | M&K Farms<br>1809 Westgate Street<br>Blytheville, AR 72315 | M&L Travis Farms, Inc.<br>1449 County Road 673<br>Jonesboro, AR 72401 |
| M&M Farms, Inc.<br>Post Office Box 221<br>Trumann, AR 72472 | M.B. White<br>1856 E. County Road 602<br>Osceola, AR 72370 | Maanshan Tiancheng Textiles<br>No. 1 Yushan Road<br>Maanshan Anhui<br>CHINA |
| Malu Aguayo<br>536 Timber Way Drive<br>Lewisville, TX 75067 | Maral Overseas Ltd.<br>468-469 Goyou Nagar<br>Indore – 452018, M.P.<br>INDIA | Mark Cannon<br>11970 CR 547<br>Senath, MO 63876 |
| Mark Fortner<br>Post Office Box 281<br>Risco, MO 63874 | Mark Thompson<br>7730 County Road South<br>Tulia, TX 79088 | Marquez Farms, Inc.<br>Attn: David Marquez<br>Post Office Box 237<br>Kress, TX 79052 |
| Marshall Mull<br>P.O. Box 1058<br>Plainview, TX 79072 | Marvell Warehouse<br>P.O. Box 2121<br>Memphis, TN 38176 | Mary Heinrich<br>1606 Woodstream Lane<br>Allen, TX 75002 |
| Master Textile Mills Ltd.<br>82-C/1 Gulberg-III<br>Lahoret<br>PAKISTAN | Matt Jackson<br>101 McFarland<br>Senath, MO 63876 | McCarty Brothers<br>1024 Island Drive<br>Memphis, TN 38103 |
| McClellan Creek Farms, Inc.<br>Post Office Box 188<br>Groom, TX 79039 | Michael A. Borer<br>4104 W. Creek Ct.<br>Dallas, TX 75287 | Michael E. Adams<br>16325 Woodruff Lane<br>Truman, AR 72472 |
| Mike Harder<br>401 N. Nauasota<br>Plainview, TX 79072 | Mike Todd Farms Partnership<br>Post Office Box 159<br>Senath, MO 63876 | Mikel Farms<br>801 Greene 834 Road<br>Paragould, AR 72450 |
| Miley & Brown, P.C.<br>Attn: Eugenio Cazorla<br>705 Ross Avenue<br>Dallas, TX 75202 | Mitchell Fisher<br>Rt. 2, 100 Michie Street<br>Steele, MO 63877 | Moon Lake Farms<br>1360 Byrd Road<br>Dundee, MS 38626 |
| Morphis Farms, Inc.<br>1103 Garland<br>Plainview, TX 79072 | Mostar, Inc.<br>P.O. Box 331<br>Cotton Center, TX 79021 | Munsch Hardt Kopf & Harr, P.C.<br>Attn: E. Lee Morris<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201 |
| Mustafa Akkurt<br>3212 Blenheim Ct.<br>Plano, TX 75025 | MWM Farms<br>12055 Co. Road 9<br>Morse, TX 79062 | National Union Fire Insurance<br>Company of Pittsburgh, PA<br>c/o AIG Global Trade & Political Risk<br>Division<br>300 S. Riverside Plaza, Suite 2100 |

Chicago, IL 60606

National Union Fire Insurance  
Company of Pittsburgh, PA  
c/o Paul, Hastings, Janofsky & Walker, LLP  
Attn: Joseph R. Profaizer  
875 15th Street, N.W.  
Washington, D.C. 20005

Neuhardt Planting Co., Inc.  
Post Office Box 1431  
Marion, AR 72364

Noel & Sons  
1340 FM 400  
Plainview, TX 79072

NSW Farms  
P.O. Box 1338  
Marion, AR 72364

Nugenco, Inc.  
80 E. Parkway N.  
Memphis, TN 38104

Odle Planting Co.  
9703 County Road #509  
Senath, MO 63876

Orville Finck  
116 Hillcrest  
Tulia, TX 79088

Oscar Sapp  
Post Office Box 106  
Parma, MO 63870

Othmar H. Nussbaumer  
c/o Kane Russell Coleman & Logan PC  
Attn: Joseph M. Coleman  
1601 Elm Street, Suite 3700  
Dallas, TX 75201

P&M Farms, Inc.  
30145 Thorn Road  
Trumann, AR 72472

Pacific Gas and Electric Company  
Bankruptcy Unit  
Attn: Barbara Green  
P.O. Box 8329  
Stockton, CA 95208

Page Farms  
Post Office Box 188  
Osceola, AR 72370

Pamela J. Batson  
3516 Fontaine St.  
Plano, TX 75075

Patrick Weinheimer, Sr.  
223 FM 2880  
Groom, TX 79039

Patteson Gin Company  
2912 Longview Drive  
Jonesoro, AR 72401

Paul Reinhart AG  
c/o Curran Tomko Tarski LLP  
Attn: G. Michael Curran  
2001 Bryan St., Ste. 2050  
Dallas, TX 75201

Paul Reinhart America, Inc.  
c/o Curran Tomko Tarski LLP  
Attn: G. Michael Curran  
2001 Bryan Street, Suite 2050  
Dallas, TX 75201

Paul Reinhart (Australia) Pty. Ltd.  
Attn: Michael Gerard McCann  
Grant Thornton (Zid) Pty Ltd.  
GPO Box 1008  
Brisbane, Queensland 4001  
AUSTRALIA

Pedro Martinez  
RIO POO #130 Depto 4  
Col. Cuauhtemoc C.P. 06500 Delegacion  
Cuauhtemoc Mexico, D.F.  
MEXICO

Pension Benefit Guaranty Corporation  
Attn: Cassandra R. Burton  
1200 K Street, NW  
Washington, D.C. 20005

Phillip Brandt  
21090 FM 1062  
Canyon, TX 79015

Philo & Son Butler, Inc.  
Post Office Box 287  
Farnsworth, TX 79033

Pitney Bowes Global Financial Services  
c/o Pitney Bowes Inc.  
27 Waterview Drive  
Shelton, CT 06484

Pitney Bowes Global Financial Services  
c/o Pitney Bowes Inc.  
Attn: Recovery Dept.  
27 Waterview Drive  
Shelton, CT 06484-4361

Preston Parker  
Post Office Box 158  
Lyon, MS 38645

Promise Land Farms  
3251 Greene 905 Road  
Paragould, AR 72450

PT. Apac Inti Corpora  
Graha BIP 10th Floor  
JL. Jend Gatot Subroto Kav.23  
Jakarta 12390  
INDONESIA

PT. Asian Cotton Industry  
JL. Cisirung No. 48, Bandung  
INDONESIA

P.T. Mulia Jaya Sehahtera Abadi Textile  
Jl. Praga, Desa Yosorejo, Pekalongan  
INDONESIA

Purvis Farms  
c/o 4-Way Gin  
P.O. Box 220  
Senath, MO 63876

Purvis Farms  
14501 State Highway T  
Senath, MO 63876

Qingdao Sel Storage & Logistic Co. Ltd.  
No. 36 Moscow Road, Qingdao  
Free Trade Zone, Qingdao  
CHINA

Qingdao Silver Bridge, China  
Rm. 201, Unit A, Yinziyuan  
No. 6 Jintanzhi Road  
Qingdao 266071  
CHINA

Qualls Farms  
1665 CR 510

Qwest Communications Corporation  
Attn: Jane Frey

R&G Farms Partnership  
853 Highway 212 W.

| | | |
|---|---|---|
| Lake City, AR 72437 | 1801 California St., Rm 900<br>Denver, CO 80202-2658 | Gould, AR 71643 |
| R&J Farms Partnership<br>406A West State Street<br>Caraway, AR 72419 | R&K Farms<br>1296 County Hwy 268<br>Gideon, MO 63848 | R&L Farms<br>P.O. Box 717<br>Mercedes, TX 78570-0717 |
| R&R Farms<br>c/o Jeff Richardson<br>22507 U.S. Hwy 62<br>Clarkton, MO 63837 | R. Dale Grounds<br>c/o Kane Russell Coleman & Logan PC<br>Attn: Joseph M. Coleman<br>1601 Elm Street, Suite 3700<br>Dallas, TX 75201 | R.A. Pickens and Son Company<br>Post Office Box 147<br>Pickens, AR 71662 |
| R.B. Stimson Farms<br>Post Office Box 855<br>Gould, AR 71643 | Rabo Capital Services, Inc.<br>c/o Friedman & Feiger, LLP<br>Attn: Ernest Leonard<br>5301 Spring Valley Road, Suite 200<br>Dallas, TX 75254 | Randal Gibson<br>c/o 4-Way Gin<br>P.O. Box 220<br>Senath, MO 63876 |
| Randle Lemings<br>23117 Cty Rd 222<br>Malden, MO 63863 | Randy D. Darnell Farms<br>13600 FM 2186<br>Amarillo, TX 79159 | Randy Johnson Farms Inc.<br>c/o Willow Gin<br>P.O. Box 96<br>Wilson, AR 72395 |
| Raul Guerrero<br>1304 Borger Street<br>Plainview, TX 79072 | Ray Morphis<br>1103 Garland<br>Plainview, TX 79072 | Rayville Compress<br>P.O. Box 638<br>Rayville, LA 71269 |
| Rex R. Ralston<br>Post Office Box 53<br>Spearman, TX 79081 | RHM Gin & Warehouse<br>106 Frisco Street<br>Marked Tree, AR 72365 | Richard S. Bilger<br>4151 Troy Road<br>Wylie, TX 75287 |
| Richardson Gin Inc.<br>112 Main St.<br>Martson, MO 63866 | Richardson Independent School District<br>c/o Perdue, Brandon, Fielder, Collins & Mott, LLP<br>Attn: Elizabeth Banda<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | Rick & Stephanie Hales<br>1022 Cimarron Trail<br>Canyon, TX 79015 |
| Rick Branch<br>Post Office Box 201<br>Gideon, MO 63848 | Rickey James<br>1719 St. Hwy 194<br>Plainview, TX 79072 | Riverside Farms<br>1024 Island Drive<br>Memphis, TN 38103 |
| Robert and Kimberly Boozer<br>301 Hwy 86<br>Hereford, TX 79045 | Robert Simmons<br>9 Country Club Dr.<br>Canyon, TX 79015 | Robert W. Lytal<br>8201 Bridgewater<br>Rowlett, TX 75088 |
| Rochelle McCullough LLP<br>Attn: Sean J. McCaffity<br>325 N. St. Paul, Suite 4500<br>Dallas, TX 75201 | Rodrigo Torales<br>2600 Ventura Dr. #1523<br>Plano, TX 75093 | Roger B. Gist IV<br>4615 FM 809<br>Hereford, TX 79045 |
| Roger Dawson<br>3513 Nova Trail<br>Plano, TX 75023 | Ron Kuehler<br>Post Office Box 592<br>Groom, TX 79039 | Ronnie Owens Farms<br>4015 County Road East<br>Hereford, TX 79045 |
| Rotan Planting Company<br>Post Office Box 127<br>Osceola, AR 72370 | Roy Fullerton<br>100 Michie Street<br>Steele, MO 63877 | Ryan Wright<br>600 S. Graves St. #1101<br>McKinney, TX 75069 |
| S&L Jackson Farms<br>101 McFarland<br>Senath, MO 63876 | S&S Farms<br>c/o Willow Gin<br>P.O. Box 96<br>Wilson, AR 72395 | Saha-Union Public Company Limited<br>Attn: Ms. Dalad Sapthavichaikul<br>1828 Sukhumvit Road, Bangchak, Phrakanong<br>Bangkok 10260<br>THAILAND |
| Samuel Aguilera | Samuel Aguilera and Mark Marley | Samuel H. Stuckey Trust |

Post Office Box 403
Kress, TX 79052

P.O. Box 403
Kress, TX 79052

P.O. Box 668
Lepanto, AR 72354

Sandra O. Chavira
1302 Kensington Ct.
Garland, TX 75040

Santista Textil Chile S.A.
Santista Textil Brasil S.A.
AV. Maria Coelho Aguiar, 215 Bloco A – 20 Andar
05804-900 Sao Paulo – SP
BRAZIL

SBJV Smith
c/o Willow Gin
P.O. Box 96
Wilson, AR 72395

Scotty Jackson
101 McFarland
Senath, MO 63876

Sea Island Textiles Ltd.
Room 1411 Nan Fung Tower
84-86 Connaught Road Central
Hong Kong
CHINA

Selcuk Iplik Sanayi
Org. San. Bolgesi 20 Cd. No. 10
Baspinar, Gaziantep
TURKEY

Shanghai Jihong Logistics
No. 418 Fute Road
Waigaoqiao Free Trade Zone
Shanghai, P.R. 200131
CHINA

Shanghai Lianhuan Trading
No. 318 Riying North Road
Waigaoqiao Free Trade Zone
Shainghai, P.R.
CHINA

Shanghai Transwin Logistics
No. 61 Warehouse, No. 379 Debao Road
Waigaoqiao Free Trade Zone
Shanghai, P.R.
CHINA

Shanghai Xin Development
10#, No. 308 Fenju Road
Waigaoqiao Free Trade Zone
Shanghai, P.R.
CHINA

Shawn Nowlin
100 Michie Street
Steele, MO 63877

Shenyang Huayue
No. 273 Dongbeidamalu Rd.
Dadong District, Shenyang 11004
CHINA

Shofner Farms
P.O. Box 55
La Feria, TX 78559

Sides Farms
1236 County Hwy 506
Hayti, MO 63851

Sidney McLaurin
210 Diamond D Road
Brandon, MS 39042

Sinorails Tianjin Port Ftz #3
No. 156 Xingang Road
Tianjin Port, Free Trade Zone
CHINA

SJC, Inc.
Post Office Box 197
Marianna, AR 72360

Skalitsky Brothers Farm
P.O. Box 1440
Edcouch, TX 78538

Skalitsky Farms
2422 E. Mile 13½ North
Donna, TX 78537

Small, Inc.
c/o 4-Way Gin
P.O. Box 220
Senath, MO 63876

Smith Farm Account
3602 S. Washington
Amarillo, TX 79110

Spencer Lemings
4051 Cty Rd. 248
Gideon, MO 63848

Sri Yong Spinning Co., Ltd.
229-1 Saetakitl Road
Tumbol Omnoi, Amphur Katumban
Samutsakorn 74180
THAILAND

St. Clair Planting
2520 Marion Lake Rd.
Marion, AR 72364

Stacy S. Dixon
4445 Denver Drive
Plano, TX 75093

Starnes & McFerrin
P.O. Box 331
Cotton Center, TX 79021

State Comp Ins Fund
Attn: Peggy Chu
P.O. Box 9102
Pleasanton, CA 94566-9102

Stephen Bradshaw
25308 St. Hwy 25
Holcomb, MO 63852

Steve Barrett
175 FM 2301
Kress, TX 79052

Steve Foster Farms
6220 FM 145
Kress, TX 79052

Steve J. Duncan
1115 University Village Dr.
Richardson, TX 75081

Steven S. Turoff
The Renaissance Consulting Group, Inc.
8350 N. Central Expressway, Suite 700
Dallas, TX 75206

Steve Whittingham
7452 Highway 163
Harrisburg, AR 72432

Still Gin & Grain, Inc.
110 Michie Street
Steele, MO 63877

Strickland Cotton Co., Inc.
13122 IH 37, Suite #101
Corpus Christi, TX 78410

Stuckey Farms Company
P.O. Box 119
Clarkedale, AR 72325

Stuckey Farms, Inc.

Sudarsanam Spinning Mills

Sunray Macao Commercial

| | | |
|---|---|---|
| Post Office Box 119<br>Clarkedale, AR 72325 | Post Box No. 2, 118, P.A.C. Ramasamy Raja Salai<br>Rajapalaiyam – 626 117<br>Tamilnadu<br>INDIA | 11/N Macao Square<br>43 Avenida Do Infante D<br>Macao<br>CHINA |
| Sunrise Farms<br>Box 159<br>Nazareth, TX 79063 | Sunshine Textile Mills<br>Wu Li Industrial Area<br>Jinjiang City<br>Fujian Province, China 362263<br>CHINA | Susan Nolen<br>15550 Knoll Trail Dr., Apt. 2102<br>Dallas, TX 75248 |
| Susan R. Delp<br>614 Matador Drive<br>Oak Point, TX 75068 | T&P Farms<br>100 Michie Street<br>Steele, MO 63877 | Tad Nowlin Farms<br>135 S. Walnut<br>Steele, MO 63877 |
| Tahoe Planting Company<br>1410 Hillcrest Drive<br>Jonesboro, AR 72401 | Taylor & Stuckey, Inc.<br>10415 Stuckey Lane<br>Trumann, AR 72472 | Taylor/Bryan Plt<br>202 W. 15th St.<br>Bryan, TX 77801 |
| TBH Farms Inc.<br>P.O. Box 2096<br>Jonesboro, AR 72402 | Tempa Weir Trust<br>c/o 4-Way Gin<br>P.O. Box 220<br>Senath, MO 63876 | Terry and Don Weaver<br>28706 State Hwy 25<br>Holcomb, MO 63852 |
| Terry Fuller<br>22445 CR 411<br>Kennett, MO 63857 | Texas Mutual Insurance Company<br>6210 E. Highway 290<br>Austin, TX 78723-1098 | Textile Manufacturing Distribution Center #3<br>160 National Avenue<br>Spartanburg, SC 29303 |
| Theresa L. Counter<br>3712 Racquet Court<br>Plano, TX 75023 | The Rose Company<br>Post Office Box 1222<br>Manila, AR 72442 | Thomas E. Davis<br>200 Western St.<br>Hereford, TX 79045 |
| Three D's<br>15600 Highway 136<br>Panhandle, TX 79068 | TNT Farms<br>Post Office Box 344<br>Lyon, MS 38645 | Todd Vincent<br>401 Thompson Lane<br>Canyon, TX 79015 |
| Tommy Dilldine Farms Partnership<br>540 East State Hwy 239<br>Blytheville, AR 72315 | Tommy McMahon<br>c/o 4-Way Gin<br>P.O. Box 220<br>Senath, MO 63876 | Tommy Sutton<br>17835 U.S. Highway #412<br>Kennett, MO 63857 |
| Tony Shultz<br>c/o 4-Way Gin<br>P.O. Box 220<br>Senath, MO 63876 | Toshiba<br>10231 Kotzebue Street<br>San Antonio, TX 78217 | Toshiba Business Solutions<br>P.O. Box 702985<br>Dallas, TX 75370 |
| Tracy Pirani Farms<br>Post Office Box 178<br>Clarkedale, AR 72325 | Trade Technologies, Inc.<br>3939 Bee Cave Rd., Suite B-22<br>Austin, TX 78746 | Transportes Mixtos Noreste, S.A. de C.V.<br>Attn: Sr. Rolando Ortega Chavez<br>Carretera a la Playa KM. 10.4 No. 20<br>CD. Industrial, H. Matamoros,<br>Tamaulipas C.P. 87300<br>MEXICO |
| Trent Finck<br>1903 CR 11<br>Tulia, TX 79088 | Trey Welch<br>2807 Kermit Drive<br>Plainview, TX 79072 | Tristan, Inc.<br>13820 Country Road 5<br>Gruver, TX 79040 |
| Turkon Container & Transportation Inc.<br>Turkon America<br>100 Plaza Drive<br>Secaucus, NJ 07094 | Tyline N. Perry Trust<br>5005 Glenwood Hills Drive NE<br>Albuquerque, NM 87111 | Unifibre Co., Ltd.<br>Attn: Ms. Dalad Sapthavichaikul<br>1828 Sukhumvit Road, Bangchak, Phrakanong<br>Bangkok 10260<br>THAILAND |
| United Cotton Co., Ltd.<br>4411 Moo 7, Phaholyothin Road (KM 40)<br>Klong Nerng, Klong Luang<br>Pathumthani 12120 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | USDA IT Staff<br>3275 Appling Road<br>Memphis, TN 38133 |

THAILAND

| | | |
|---|---|---|
| Valleycot – Fred Taylor<br>Valleycot, Inc.<br>P.O. Box 2585<br>Harlingen, TX 78551 | Verlon Phelps<br>Post Office Box 431<br>Kennett, MO 63857 | Vernon Labus<br>Post Office Box 819<br>Panhandle, TX 79068 |
| Victory Warehouse<br>4901 Old Warsaw Road<br>Goldsboro, NC 28393 | Vincent & Vincent<br>Post Office Box 802<br>Canyon, TX 79015 | Vincent Farms<br>Post Office Box 198<br>Crawfordsville, AR 72327 |
| W&G Davis Farms<br>2761 Co. Rd. 529<br>Kress, TX 79052 | W.D.P. Farms<br>P.O. Box 96<br>Wilson, AR 72395 | W.G. Davis Farms Partnership<br>405 Lunsford Road<br>Bay, AR 72411 |
| Wakefield Inspection<br>2nd Floor, Moffat House<br>14-20, Pall Mall<br>Liverpool L3 6al UK<br>UNITED KINGDOM | Wallace M. Kellams<br>1741 County Hwy 355<br>Portageville, MO 63873 | Walter Baird Garrott III<br>708 N. Glasgow<br>Dallas, TX 75214 |
| Walter Baird Garrott III<br>5911 Walnut Hill Lane<br>Dallas, TX 75230-5013 | Walter Wishka<br>468 Shade Tree Circle<br>Hurst, TX 76054 | Wayne Richardson<br>Post Office Box 206<br>Vega, TX 79092 |
| Weldon Melton<br>1939 CR 40<br>Plainview, TX 79072 | Wells Fargo HSBC Trade Bank, N.A.<br>c/o Andrews Kurth LLP<br>Attn: Monica S. Blacker<br>1717 Main Street, Suite 3700<br>Dallas, TX 75201 | Wells Fargo HSBC Trade Bank, National Association, As Administrative Agent<br>Attn: Larry Clayton, SVP/LTM<br>100 W. Washington, 22nd Floor<br>MAC #S4101-229<br>Phoenix, AZ 85003 |
| Wes and Victoria Moore<br>5675 FM 809<br>Wildorado, TX 79098 | Whitney Farms, LLC<br>Post Office Box 198<br>Crawfordsville, AR 72327 | Wilkins Farms<br>c/o 4-Way Gin<br>P.O. Box 220<br>Senath, MO 63876 |
| William C. Covington<br>503 N. Church St.<br>McKinney, TX 75069 | William Minor II<br>7218 Centenary Dr.<br>Rowlett, TX 75088 | Will Fellers<br>Post Office Box 977<br>Canyon, TX 79015 |
| William W. Wickham<br>c/o Kane Russell Coleman & Logan PC<br>Attn: Joseph M. Coleman<br>1601 Elm Street, Suite 3700<br>Dallas, TX 75201 | Williams Farms<br>1021 Kenwood<br>Kennett, MO 63857 | Williams Planting Company, Inc.<br>Post Office Box 307<br>Marion, AR 72364 |
| Witt Smith Farms Partnership<br>32 Wedgewood<br>Blytheville, AR 72315 | Womack Enterprises<br>2823 Hwy 158<br>Lake City, AR 72437 | Woodruff Farms Partnership<br>204 Cobean<br>Lake City, AR 72437 |
| Worldwide Express/DHL<br>116 North West St. #200<br>Raleigh, NC 27603 | Xerox Capital Services, LLC<br>P.O. Box 660501<br>Dallas, TX 75266-0501 | Xiang Tan Dongxin Cotton Textiles Co., Ltd.<br>Ban Tang-pu, Xiangtan City<br>Hunan Province, P.R.<br>CHINA |
| XO Communications, Inc.<br>Attn: Brad Lee<br>105 Molloy Street, Suite 300<br>Nashville, TN 37201 | Zhengzhou Zhaoge Cotton Yarn Co., Ltd.<br>Zhengzhou Export Processing Zone No. 9 Street<br>Zhengzhou City, Henan Province<br>CHINA | Zhongji Enterprises<br>No. 1 North Donghuan Beilu<br>Bda Beijing 100176<br>CHINA |

# CONFIRMATION MAILING MATRIX SUPPLEMENT
*In re Paul Reinhart, Inc.*, Case No. 08-35283-HDH-11

A.K. Moore Farms
Attn: A.K. Moore and I.J. Moore
4675 FM 2587
Wildorado, TX 79098

Beaver Bayou Farms
P.O. Box 336
Osceola, AR 72370-0336

Carl Kleuskens Estate
8313 Dryden Ct.
Amarillo, TX 79119

Chad Russell Farms
302 Hillcrest St.
Marianna, AR 72360

Chandler & Chandler
5970 S.C.R. 375
Wilson, AR 72395

Charles Jones
23 County Hwy. 523
Caruthersville, MO 63830

Cooperative Marketing Alliance
44 East Military Road
Marion, AR 72364

County Line Farms
6546 Hwy. 152
Dumas, TX 79029

Daniel Presley
141 County Hwy. 546
Malden, MO 63863

Danny Bradshaw
19725 CR 324
Holcomb, MO 63852

David Gandy
510 S. Holliday
Plainview, TX 79072

Debra A. Thomas
5004 105th Street
Lubbock, TX 79424

G.S. White
1856 E. Cty. Rd. 602
Osceola, AR 72370

George Burton
c/o Burton Farms
P.O. Box 206
Cooter, MO 63839

Joaquin Morgado
5005 Hudson Dr.
Plano, TX 75093

Mark Fortner
P.O. Box 200
Tallapoosa, MO 63878

McCarty Brothers
P.O. Box 336
Osceola, AR 72370-0336

Mitchell Fisher
4120 State Hwy. Z
Steele, MO 63877

Othmar Nussbaumer
5336 Annabel Lane
Plano, TX 75093

R&J Farms Partnership
605 Hickory Rd.
Lake City, AR 72437

R.B. Stimson Farms
Post Office Box 855
Dumas, AR 71639

R. Dale Grounds
26 Balmoral
Richardson, TX 75082

Rick Branch
3228 Hwy. 153
Gideon, MO 63848

Riverside Farms
P.O. Box 336
Osceola, AR 72370-0336

Todd Vincent
Post Office Box 1015
Canyon, TX 79015

Tommy McMahon
204 Wiggs St.
Kennett, MO 63857

Tony Shultz
5495 County Rd. 643
Senath, MO 63876

Transportes Mixtos Noreste, S.A. de C.V.
P.O. Box 8972
Brownsville, TX 78521

Trey Welch
9 Griffin Dr.
Canyon, TX 79015

Vincent & Vincent
Post Office Box 1015
Canyon, TX 79015

Wilkins Farms
1203 Mallard Cove
Kennett, MO 63857

William Minor II
8001 Southern Hills Lane
Rowlett, TX 75089

William W. Wickham II
1813 Lake Whitney Ln.
Allen, TX 75002